UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE M. WADE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Respondent. | Case No. CV 15-08930 JAK (RAO)<br><br>JUDGMENT |

　　Pursuant to the Order Denying Motion/Request for Stay and Abeyance for Petition for Writ of Habeas Corpus for lack of subject matter jurisdiction,

　　IT IS ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

DATED: 11/23/15

　　　　　　　　　　　　　　　　　　　　　／s／ *signature*
　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE